**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01676-LTB-OES

ON COMMAND VIDEO CORPORATION, a Delaware corporation,

       Plaintiff,

v.

MHC BARBIZON, a New York Limited Partnership d/b/a MELROSE HOTEL NEW YORK,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 19 - filed March 7, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

         s/Lewis T. Babcock
       Lewis T. Babcock, Chief Judge

DATED: March 8, 2006